# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00737-CV

### Ex Parte Walter Lee Hall, Jr.

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GV-09-002035, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Walter Lee Hall, Jr., filed his notice of appeal on December 23, 2009. On May 18, 2010, we sent Hall a notice that his brief was overdue. On June 14, 2010, Hall filed a motion for extension of time to file his brief. This Court granted his motion on June 23, 2010, and informed Hall that his brief was due by July 2, 2010. Further, this Court warned Hall that if he failed to file his brief by that deadline, his appeal would be dismissed for want of prosecution. To date, Hall has not filed a further motion to extend or a brief in this case. For that reason, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear,  Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed for Want of Prosecution

Filed:  August 3, 2010